BENJAMIN SELETSKEY, an Infant, by HAYMAN SELETSKEY, his Guardian ad Litem, Respondent, *v.* THE THIRD AVENUE RAILROAD COMPANY, Appellant.

*Seletskey* v. *Third Avenue R. R. Co.*, 69 App. Div. 27, affirmed.
(Argued January 12, 1903; decided February 24, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 14, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Addison C. Ormsbee* and *Henry A. Robinson* for appellant.

*J. Charles Weschler* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.   Dissenting : PARKER, Ch. J., and GRAY, J.

---

JOHN G. HASSARD, Appellant, *v.* UNITED STATES OF MEXICO et al., Respondents.

*Hassard* v. *United States of Mexico*, 46 App. Div. 623, affirmed.
(Submitted February 9, 1903; decided February 24, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1899, which affirmed an order of Special Term dismissing the complaint and vacating a warrant of attachment.

*Franklin Bien* for appellant.

*Ernest E. Baldwin* and *Henry L. Burnett* for respondents.

Order affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ.